FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 MAR 23 PM 2:08
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR297-26-10 |
| ) | |
| CHARLES JACKSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court has received notice by the Clerk of Court that there is an existing property bond in this case given by sureties: Lena Mae Jackson, Linda Marie Melton, Clara Mae Hills, Charles Lee Jackson, Larry Jackson, Mary Ann Jackson, Debra Ann Jackson, Vivian Jackson, Michael Lee Jackson, Emma Jean Jackson and Teressa Gail Jackson. However, this case has concluded and there is no reason for the bond to continue to be in effect. As a result, the Clerk of Court is **DIRECTED** to cancel the Deed to Secure Debt (attached) on the property identified as <u>155 Boston Street, Jesup, Georgia</u>. Further, the Clerk of Court is **DIRECTED** to send a certified copy of this order to the Clerk of the Superior Court of Wayne County as well as to the attorney for the defendant.

SO ORDERED this 23RD day of March 2018.

_____
UNITED STATES DISTRICT JUDGE